# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )    Case No. 21-mj-1100
Chrysler 300 with Pennsylvania license plate LLL5259  )
 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Eastern___ District of ___Pennsylvania___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful flight to avoid prosecution |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Benjamin Paris
*Applicant's signature*

Special Agent Benjamin Paris, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/1/2021

s/ Lynne A. Sitarski
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* <br><br> Chrysler 300 sedan with Pennsylvania license plate LLL5259) | ) <br> ) <br> ) Case No.   21-mj-1100 <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Pennsylvania    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    July 15, 2021    *(not to exceed 14 days)*
X  in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    7/1/2021   4:30 p.m.            /s Lynne A. Sitarski
                                                                              *Judge's signature*

City and state:       Philadelphia, Pennsylvania         Hon. Lynne A. Sitarski, U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** |||
|---|---|---|
| Case No.:<br>21-mj-1100 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                            _____<br>
                                                                             *Executing officer's signature*

                                                                  _____<br>
                                                                             *Printed name and title*

ATTACHMENT A

PROPERTY TO BE SEARCHED

SUBJECT VEHICLE: a Chrysler 300 sedan with Pennsylvania license plate LLL5259 registered to Darrell A. Wallace at 146 Taroli Street, Old Forge, Pennsylvania, currently in the custody of the FBI in Philadelphia, Pennsylvania.

ATTACHMENT B

PROPERTY TO BE SEIZED

The following items constitute evidence of the commission of a violation of Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution), contraband, items unlawfully possessed, or property designed or intended to be used or which has been used as the means for committing such a violation, located in a Chrysler 300 sedan with Pennsylvania license plate LLL5259 registered to Darrell A. Wallace at 146 Taroli Street, Old Forge, Pennsylvania, currently in the custody of the FBI (SUBJECT VEHICLE):

1.  Cellular telephones, communication devices such as "walkie talkies" and two way radios smart phones, tablets, computers or PDAs for any and all stored electronic communications, including but not limited to telephone or address directory entries consisting of names, addresses, telephone numbers, logs of telephone numbers dialed, telephone numbers of incoming, outgoing or missed calls, text messages, schedule entries, stored memoranda, videos, digital photographs, emails accounts and logs of website's visited.

2.  Books, records, receipts, notes, ledgers, passports, airline tickets, money orders and other papers related to travel and transportation, ordering sale and distribution of drugs

3.  Any and all business records, including but not limited to accounts receivable, accounts payable, general ledgers, cash disbursement ledger, check register, employment records, and correspondence, regardless of the identity of the person(s) involved in the transactions.

4.  Any and all identification records and documents, including but not limited to

birth certificates, state identification cards, social security cards, and driver's licenses, travel records, including records concerning hotels, airlines, rental cars, gasoline and other travel related purchases.

5. Pictures, videos, and other visual recording media.

6. Fingerprints, DNA and other forensic evidence.

7. Indicia of occupancy, residency, and ownership or use of the Target Vehicle, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, identification documents and keys.

8. Controlled substances, drug paraphernalia and drug manufacturing equipment and supplies, including but not limited to, chemical dilutants, weighing scales, mixing bowls, glassine bags, spoons, utilized in the weighing and packaging of controlled substances.

9. Any and all United States currency, money counters and any item used in the counting of currency.

10. Firearms and other weapons, and ammunition.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Benjamin Paris, being duly sworn, depose and state that:

## INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since July 2011. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. As part of my duties with the FBI, I investigate violations of federal criminal law over which the FBI has jurisdiction, including violations of the Hobbs Act, bank robbery, fugitives and kidnappings.

3. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other law enforcement officers and witnesses, review of recordings and documents and other evidence developed during the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Any observations not made by me, were made by other law enforcement officers involved in the investigation whom I know to be reliable and trustworthy.

## PURPOSE OF AFFIDAVIT

4.I submit this affidavit in support of an application for a warrant pursuant to Federal Rule of Criminal Procedure 41 to search a Chrysler 300 sedan with Pennsylvania license plate LLL5259, currently in the custody of the FBI ("SUBJECT VEHICLE"). As described below, I believe that the requested search warrant will assist law enforcement in obtaining evidence that will lead to the location and arrest of a fugitive, TAUHEED LLOYD, who has unlawfully fled from law enforcement in violation of Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution) and is currently at large.

## PROBABLE CAUSE

5.On March 10, 2021, a federal grand jury seated in the Eastern District of Pennsylvania returned a true bill of indictment against LLOYD for possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e) (possession of a firearm by a felon). A federal bench warrant was issued for LLOYD on the same date. During the month of March 2021, Special Agents and Task Force Officers from Squad C-3 of the Philadelphia Division of the FBI attempted to locate LLOYD at his last known residence of 1645 North 62nd Street, Philadelphia, PA but could not locate him.

6.During the month of April 2021, additional physical and technical surveillance was conducted on 1645 North 62nd Street, Philadelphia, PA with negative results. Additionally, attempts to locate LLOYD via License Plate Reader (LPR) data showed that LLOYD regularly changes the vehicles that he operates and that he changes locations frequently.

7.On June 25, 2021, the Honorable Timothy R. Rice, U.S. Magistrate Judge, issued a warrant authorizing the collection of cell-site and "ping" data for a cellular phone with

telephone number 267-403-9690 ("TELEPHONE 1") believed to be used by LLOYD, to assist law enforcement's efforts to locate LLOYD so he could be taken into federal custody on the bench warrant and returned to court (Mag. No. 21-mj-1076).

8.     On June 30, 2021, at approximately 3:00 p.m., subject to the court-authorized electronic surveillance warrant for TELEPHONE 1, the FBI was monitoring the location of TELEPHONE 1 which tracked in the vicinity of 67th Street and Lindmore Avenue in Philadelphia. Law enforcement established surveillance at that location. At approximately 3:50 p.m., law enforcement observed the SUBJECT VEHICLE[1] turning onto 67th Street from Lindmore Avenue. The driver of the SUBJECT VEHICLE had a beard and glasses, closely resembling LLOYD. A traffic stop was initiated at 57th Street and Hoffman Avenue with assistance from marked Philadelphia Police Department patrol cars. As uniformed officers approached the SUBJECT VEHICLE, the driver abruptly pulled off in the SUBJECT VEHICLE and fled northbound on 57th Street. A vehicle pursuit ensued and then terminated as the SUBJECT VEHICLE crashed into a residence at 529 South 56th Street. The driver, believed to be LLOYD, fled prior to officers and agents arriving at the scene of the crash. The ping coordinates of TELEPHONE 1 confirmed that TELEPHONE 1 was left in the SUBJECT VEHICLE following the crash. LLOYD is currently still at large and his whereabouts are unknown.

9.     Law enforcement towed the SUBJECT VEHICLE and it is currently in FBI custody. Accordingly, your affiant submits this application for a warrant to search the SUBJECT

---

[1] A registration check on the SUBJECT VEHICLE revealed that it is registered in Pennsylvania to Darrell A. Wallace at 146 Taroli Street, Old Forge, Pennsylvania. As of this writing, LLOYD's relation to Wallace, if any, is unknown.

VEHICLE for evidence leading to LLOYD's location, to include the seizure of TELEPHONE 1 and other cellular phones contained therein, as well as paperwork and other items that may assist law enforcement to locate LLOYD. In addition, based on the circumstances of the vehicle pursuit and the fact that the driver fled the scene indicates to me, based on my training and experience as a law enforcement officer, that contraband may also be found inside the SUBJECT VEHICLE which could be additional cause for the driver to abandon the SUBJECT VEHICLE. By way of background, the circumstances of the gun possession charge underlying the federal indictment stems from a loaded firearm and a large quantity of marijuana recovered by Philadelphia Police from a vehicle used by LLOYD in September 2021 in West Philadelphia. Accordingly, based upon LLOYD's previous use of a vehicle to store contraband in the past, I submit there is reasonable cause to believe that firearms and controlled substances may be contained within the SUBJECT VEHICLE.

## **CONCLUSION**

10. In conclusion, your affiant believes there is sufficient probable cause for the issuance of a warrant to search the SUBJECT VEHICLE, described in Attachment A, for the items described in Attachment B, for violations of Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution), committed by TAUHEED LLOYD.

I submit this application based upon my information and belief upon the facts set forth to the best of my knowledge.

Respectfully submitted,

/s/ Benjamin Paris
Benjamin Paris, Special Agent
Federal Bureau of Investigation

Sworn before me this  1st  day of July, 2021.

/s Lynne A. Sitarski
HON. LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE